AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
SHANE JASON WOODS
AKA: SHANE CASTLEMAN
DOB:

Defendant(s)

Case: 1:21-mj-00481
Assigned To : Meriweather, Robin M.
Assign. Date : 6/21/2021
Description: Complaint w/ Arrest Warrant

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | (Assault on a Law Enforcement Officer) |
| 18 U.S.C. § 113(a)(4) | (Assault in Special Maritime and Territorial Jurisdiction) |
| 18 U.S.C. § 231(a)(3) | (Obstruct, Impede, or Interfere with Law Enforcement During Civil Disorder) |
| 18 U.S.C. § 1752(a)(1) | (Restricted Building or Grounds) |
| 18 U.S.C. § 1752(a)(2) | (Disorderly and Disruptive Conduct in a Restrict Building or Grounds) |
| 18 U.S.C. §§ 1752(a)(4) | (Engaging in Act of Physical Violence in Restricted Building or Grounds) |
| 40 U.S.C. § 5104(e)(2)(D) | (Violent Entry or Disorderly Conduct) |
| 40 U.S.C. §§ 5104(e)(2)(F) | (Act of Physical Violence on Grounds) |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

_____
Complainant's signature

Christian Roccia, FBI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: __06/21/2021__

_____
Judge's signature

City and state: __Washington, D.C.__    Robin M. Meriweather, U.S. Magistrate Judge
Printed name and title