AO 442 (Rev 01/09) Arrest Warrant



**RECEIVED**
By United States Marshals Service at 10:07 am, Jun 24, 2021

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00481 |
| | ) Assigned To : Meriweather, Robin M. |
| SHANE JASON WOODS | ) Assign. Date : 6/21/2021 |
| AKA: SHANE CASTLEMAN | ) Description: Complaint w/ Arrest Warrant |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Shane Jason Woods,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) (Assault on a Law Enforcement Officer); 18 U.S.C. § 113(a)(4) (Assault in Special Maritime and Territorial Jurisdiction); 18 U.S.C. § 231(a)(3) (Obstruct, Impede, or Interfere with Law Enforcement During Civil Disorder); 18 U.S.C. § 1752(a)(1) (Restricted Building or Grounds); 18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restrict Building or Grounds); 18 U.S.C. §§ 1752(a)(4) (Engaging in Act of Physical Violence in Restricted Building or Grounds); 40 U.S.C. § 5104(e)(2)(D) (Violent Entry or Disorderly Conduct); 40 U.S.C. §§ 5104(e)(2)(F) (Act of Physical Violence on Grounds)

Date: 06/21/2021

*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

**Return**

| This warrant was received on *(date)* 6/22/21, and the person was arrested on *(date)* 6/24/21 |
|---|
| at *(city and state)* Springfield, IL |

Date: 06/24/21

*Arresting officer's signature*

William Henry V / Fed Agent
*Printed name and title*
FBI